# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

AURELIO JAVIER CRUZ MENDOZA,    )
)
    Petitioner,    )
)
v.    )
)
                            Case No.: 2:26-cv-02694-SHL-atc
)
CHRISTOPHER BULLOCK, in his official    )
capacity as Director of Harlingen Field    )
Office for ICE,    )
)
    Respondent.    )

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Petitioner Aurelio Javier Cruz Mendoza's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. §2241 (ECF No. 1), filed June 16, 2026,

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that, in accordance with Petitioner's Notice of Dismissal (ECF No. 9) filed June 19, 2026, the matter is hereby **DISMISSED WITHOUT PREJUDICE**.

**APPROVED:**

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

June 24, 2026
Date